**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:14-cv-5971 |
|---|---|

PHILLIP LITCHFIELD

v

EXAMSOFT WORLDWIDE, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF PHILLIP LITCHFIELD

| |
|---|
| NAME (Type or print)<br>Christopher L Dore |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Christopher L Dore |
| FIRM<br>Edelson PC |
| STREET ADDRESS<br>350 N LaSalle, Suite 1300 |
| CITY/STATE/ZIP<br>Chicago / IL / 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6299670 | TELEPHONE NUMBER<br>312 572 7218 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐