## AFFIDAVIT OF SERVICE

**State of Illinois**            **County of NORTHERN**            **District Court**

Case Number: 14-CV-05971

Plaintiff:
**PHILLIP LITCHFIELD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED**

vs.

Defendant:
**EXAMSOFT WORLDWIDE, INC., A FLROIDA CORPORATION**

For:
Benjamin Richman
Edelson PC
350 North Lasalle Street
#1300
Chicago, IL 60654

Received by Caplan, Caplan & Caplan Process Servers on the 5th day of August, 2014 at 2:40 pm to be served on
**EXAMSOFT WORLDWIDE, INC C/O CT CORPORATION SYATEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL
33324.**

I, Christopher Caplan, being duly sworn, depose and say that on the **6th day of August, 2014** at **10:50 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Case, Letter , Plaintiff's Motion For And
Memorandum In Support Of Class Certification,Class Action Complaint And Demand For Jury Trial, Exhibits** with the
date and hour of service endorsed thereon by me, to: **CT CORPORATION SYSTEM as Registered Agent** at the address of:
**1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** on behalf of **EXAMSOFT WORLDWIDE, INC C/O CT
CORPORATION SYATEM**, and informed said person of the contents therein, in compliance with Florida State Statute 48.091.

**Additional Information pertaining to this Service:**
BY SERVING DONNA MOCH, EMPLOYEE OF REGISTERED AGENT CT CORPORATION SYSTEM

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff
Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action.
Pursuant to FS 92.525(2), no notary is required.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE / BROWARD / PALM
BEACH
Subscribed and Sworn to before me on the 7th day of
August, 2014 by the affiant who is personally known to
me.



_____
NOTARY PUBLIC

**Christopher Caplan**
1331

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(954) 462-1800**

Our Job Serial Number: CPN-2014028669
Service Fee: _____

ASHLEY AYBAR
MY COMMISSION # FF 110934
EXPIRES: April 8, 2018
Bonded Thru Notary Public Underwriters

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0l