*Cat. 3*



FILED
AUG 21 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** ROMALE BUSSELL

**Defendant(s):** COOK COUNTY JAIL

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Romale Bussell
#2014-0602250
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

14CV6504
JUDGE LEE
MAG. JUDGE ROWLAND

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** L. Insalaco

**Date:** 8/21/14