## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Phillip Litchfield
                              Plaintiff,

v.                                                 Case No.: 1:14–cv–05971
                                                          Honorable Thomas M. Durkin

Examsoft Worldwide, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 16, 2014:

      MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' joint motion to stay proceedings [18] is granted. The 10/30/14 status date is vacated. Parties are to file a joint status report informing the Court as to the status of their mediation efforts by 2/13/2015. The filing of a responsive pleading is deferred. No appearance is required on 10/20/14. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.