IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP LITCHFIELD, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>EXAMSOFT WORLDWIDE, INC.,<br><br>    *Defendant*. | Honorable Thomas M. Durkin<br><br>Case No. 1:14-cv-5971 |

## ORDER

The Court having considered the pending Joint Motion to Extend the Stay; it is hereby ORDERED that the motion is GRANTED in full. The stay of proceedings in this action is hereby extended, and these proceedings are stayed for an additional thirty (30) days, through and including March 16, 2015.

The parties are hereby ORDERED to file a joint status report with the Court no later than March 16, 2015, updating the Court as to the status of their settlement efforts.

SO ORDERED:

Dated: this 17 day of February, 2015

                                                                         Thomas M. Durkin
                                                                        United States District Judge