IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP LITCHFIELD, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>EXAMSOFT WORLDWIDE, INC.,<br><br>    *Defendant*. | Honorable Thomas M. Durkin<br><br>Case No. 1:14-cv-5971 |

## STIPULATION OF VOLUNTARY DISMISSAL

**WHEREAS,** the United States District Court for the Southern District of Florida having issued an Order in the matter of *West v. ExamSoft Worldwide, Inc.*, No. 1:14-cv-22950 (S.D. Fla.) on October 9, 2015 granting final approval to a class action settlement related to this matter (Dkt. 62), it is hereby agreed to by Plaintiff Phillip Litchfield ("Plaintiff") and Defendant ExamSoft Worldwide, Inc. ("ExamSoft" and collectively, the "Parties"), in this case as follows:

    1.    Plaintiff Litchfield hereby dismisses this action against Defendant ExamSoft, **WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    2.    The Parties respectfully request that the Court vacate the status conference scheduled for November 19, 2015 at 9:30 a.m. (Dkt. 36) and close this case.

Dated: October 28, 2015

Respectfully submitted,

By: */s/* Eve-Lynn J. Rapp                          By: */s/* Timothy William Knapp

Jay Edelson                                           Timothy William Knapp
jedelson@edelson.com               tknapp@kirkland.com
Benjamin H. Richman                KIRKLAND & ELLIS LLP
brichman@edelson.com               300 North LaSalle Street
Eve-Lynn J. Rapp                       Chicago, Illinois 60654
erapp@edelson.com                   Tel: (312) 862-2000
EDELSON PC                               Fax: (312) 862-2200
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654                 Jay P. Lefkowitz
Tel: (312) 589-6370                    lefkowitz@kirkland.com
Fax: (312) 589-6378                   Joseph Serino Jr.
                                           jserino@kirkland.com
*Attorneys for Plaintiff*               601 Lexington Avenue
                                           New York, New York 10022
                                           Tel: (212) 446-4800
                                           Fax: (212) 446-6460

                                           Kristin Sheffield-Whitehead
                                           kwhitehead@kirkland.com
                                           KIRKLAND & ELLIS LLP
                                           555 California Street
                                           San Francisco, CA 94104
                                           Tel: (415) 439-1420
                                           Fax: (415) 439-1500

                                           *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

On October 28, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) have been so served.

/s/ Eve-Lynn J. Rapp