## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Phillip Litchfield
                          Plaintiff,

v.                                                       Case No.: 1:14–cv–05971
                                                            Honorable Jorge L. Alonso

Examsoft Worldwide, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 29, 2015:

      MINUTE entry before the Honorable Jorge L. Alonso: A stipulation of voluntary dismissal has been filed. This case is dismissed with prejudice. The status hearing date of 11/19/15 is stricken. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.